## FOURTH DEPARTMENT, SEPTEMBER, 1914.

In the Matter of the Application of Frances H. Perrin for the Appointment of Commissioners to Determine and Assess the Damages against the City of Rochester, New York, Resulting to Her Property from a Change of Grade upon East Avenue in Said City.— Motion to dismiss appeal denied, with ten dollars costs. Argument of appeal set down for October ninth.

Charles H. McCutcheon, Respondent, v. Terminal Station Commission of the City of Buffalo and Others, Appellants.— Motion to postpone argument denied, with ten dollars costs, and argument of appeal set down for September twenty-ninth.

Gertrude I. Norton, as Administratrix, etc., Appellant, v. Erie Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals granted.

Schuyler Ackerman, as Administrator, etc., Respondent, v. Irving E. Stacey, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs; Foote, J., not sitting.

James W. Nicholson, Respondent, v. Maude C. Kingsbury, Appellant. – Motion granted and appeal dismissed, with costs.

Herbert A. Jones, as Administrator, etc., Appellant, v. Allen J. Millard and Another, as Executors, etc., Respondents.—Motion granted and appeal dismissed, with costs.

Millie Loucks, Respondent, v. Frank D. Loucks, Appellant.— Motion granted and appeals dismissed, with costs.

George Brewster, Respondent, v. Bastian Brothers Company, Appellant.—Motion to dismiss appeal granted unless appellant forthwith file and serve printed papers and be ready for argument on September thirtieth. Case added at foot of calendar.

Border Island Company, Respondent, v. Cowles Shipyard Company and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

Gilbert M. Vandevort, as Administrator, etc., Respondent, v. Lincoln A. Mink, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Margaret Soehner, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

The People of the State of New York ex rel. Clarence Cluett, Appellant, v. John J. Twohey and Abigail R. Cluett, as Committee, etc., and Others, Respondents.— Order affirmed, with costs. Held, that the Special Term correctly decided that further detention, treatment and observation were necessary before it could be said that the relator had recovered and was no longer insane. All concurred, except Lambert, J., who dissented and voted for reversal.